### ARNOLD *vs.* THE STATE OF GEORGIA.

1. Where an indictment for malicious mischief in killing a cow, was in the language of the Code and in accordance with the statute, it was unnecessary to set out the particulars of testimony to be introduced; and it was competent to admit evidence to show that the fence of the defendant around the field where the killing took place was not four and one-half feet high, although there was no allegation about the field or the height of the fence. Code, §§4612, 4628.

2. So also the allegation that the cows were killed is sufficient, and evidence that they were shot was admissible thereunder.

3. The proviso in §4612 of the Code, that when any person killing or

maiming animals "shall set up a defence" that such killing or maiming has not been done from malice, but to prevent damage to a growing crop, then the fence must be four and a half feet high, does not mean that defendant shall specially plead such .defence, acknowledging the killing; but simply that, in case the killing was done in a field where a crop was growing, and such a defence, in addition to a denial of the killing, might be urged from the testimony, then it should not avail the defendant unless the fence enclosing the field was of the proper height. It was therefore the duty of the court, in this case, to give the whole of §4612 and explain the law thereon to the jury; and his charge was not erroneous.

4. The verdict is supported by the evidence.

Judgment affirmed.

April 3, 1883.

JACKSON, Chief Justice.